SORGE, Respondent, *v.* BARKER *et al.*, Appellants.

*(Supreme Court, General Term, Fifth Department.* January Term, 1891.)

No opinion. Judgment appealed from affirmed.